JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

PACESETTER INC. d/b/a ST.      )   CV 11-3964 RSWL(FFMx)
JUDE MEDICAL CRMD, a           )
Delaware Corporation           )
                               )   **JUDGMENT**
                Plaintiff,     )
                               )
     v.                        )
                               )
                               )
SURMODICS, INC., a             )
Minnesota Corporation          )
                               )
                Defendant.     )
———————————————————————————————)

     On October 5, 2011, this Court granted Plaintiff

Pacesetter Inc. d/b/a St. Jude Medical CRMD's

("Plaintiff") Motion for Summary Judgment and denied

Defendant SurModics, Inc.'s ("Defendant") Cross-Motion

for Partial Summary Judgment.

     Accordingly, the Court hereby declares that

Plaintiff's construction of the parties' Master License

Agreement is correct, and the License Agreement does

not obligate St. Jude to make royalty payments for

Licensed Products sold after the expiration of

1

1 | SurModics's patents.

2 |     As such, Defendant is not entitled to additional

3 | royalties from Plaintiff in the amount of

4 | $3,122,925.00.

5 |

6 | DATED: October 25, 2011

7 | **IT IS SO ORDERED.**

8 |                            RONALD S.W. LEW

9 |                    _____

10 |                     **HONORABLE RONALD S.W. LEW**

11 |                   Senior, U.S. District Court Judge